UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Jonathan Lee Riches d/b/a
Bernard Madoff,

Plaintiff

REC'D FEB 1 0 2009

CASE NO: 09 CV 18 LRR

V,

Lindsay Lohan; Samantha Ronson d/b/a DJ Sam; Paris Hilton; Jennifer Aniston; Anne Hathaway; Heath Ledger; Rihanna; Slumdog Millionaire; Dick Ebersol; Pastor Rick Warren; Saddleback Church; Sacha Baron Cohen; Alfonse D'amato; Avril Lavigne; Frances Bean Cobain; Jillian Barberie; Dakota Fanning; Woody Allen; Whitney Port; Christina Ricci; Hank Azaria; Sharon Gless; Alexandra Pelosi; Guy Fieri; Saleh Mutlaq; Tohme Tohme; Bertie Ahern; Joss Whedon; Travis Fimmel; Ned Beatty; Andrew Zimmern; Bruce Davison; Mithal Al-Alusi; Rose Byrne; Kathryn Erbe; Faith Hill; Amber Valletta; Cirque du Soleil; Jessica Szohr; Tina Fey; Benji Madden; Geoff Ogilvy; Demi Lovato; Zdeno Chara; Richard Dreyfuss; Leighton Meester; Phil Mickelson; Dire Tunes; Stefani Germanotta; Sebastian Stan; Debbie Rowe; Mickey Brett; Neve Campbell; Kellen Winslow; Art Monk; Mark Zandi; Harry Connick Jr; David Pecker; Dean D. Durbin; Fiona Maynard; Michael Q. Bullerdick; Jigi Smolinsky; Bari Lieberman; Aaron Rasmussen; Patrice Sturtevant; Rebecca Broussard; Jean Reno; Gretchen Mol; Susan Cheever; Dinara Safina; David Duval; Dwight Braxton; Elena Dementieva; Vinny Prospal; Omar Sharif; Dejan Vojnovic; Glen Hansard; Jack Lemmon; Marketa Irglova; American Society of Civil Engineers; Mischa Barton; Keith Tkachuk; Brittany Snow; Rick Dipietro; Mohamed Al-Fayed; Lucas Glover; Thacher Proffitt; Melissa Womer; J. Steele Alphin; Jasmine Di Milo;

Davis Love III; K.J. Choi; Ervin Antonio Lupoe; Gil de Ferran; Terance Mathis; Lou Al-Chamaa; Chace Crawford; Boo Weekley; Leven Rambin; Hayden Panettiere; Milo Ventimiglia; Ernie Els; Taylor Momsen; Christopher Kennedy Lawford; Renfried Herbst; Pam Grier; Webb Simpson; Bo Van Pelt; Briny Baird; Henrik Stenson; Padraig Harrington; Trevor Immelman; Jacqueline Kennedy Onassis; Art Rooney II; Phil Astin; Kevin Mawae; Robert N. Davoren; Kiya Tomlin; Arthur Zeckendorf; Sheree Whitfield; Andrew Bynum; Steak Shapiro; Giovanni Bisignani; Pleasant Bridgewater; Jeff Feagles; Sunil Gulati; J&R Music World; Tyne Daly; Drew Brees; Wes Welker; Jordan Cross; Ronde Barber; Demarcus Ware; Herm Edwards; International Air Transport Association, IATA; Byron Leftwich; Joe Namath; Josey Wales; Kirsten Haglund; Rose Gill Hearn; Nils Lofgren; Max Weinberg; Jay Kornegay; Mervyn King; Marcus Camby; Goodby Silverstein & Partners; Pete Sampras; Shane Doan; Terrell Suggs; Gary Bettman; David Stern; Bernard Legat; Mayor Brent Warr; Laura Jean Warr; Alan Faneca; Radio City Music Hall; Micah Grimes, The Covenant School; Marc Savard; Lyoto Machida; Karo Parisyan; Zach Parise; Lynn Swann; Johanna Sigurdardottir; Eamonn Coghlan; Mike Singletary; Jim Boeheim; Sid Ganis; Cam Gigandet; Cloris Leachman; J.J. Putz; Jake Peavy; Heartbeat Harvey; Ricky Hatton; Walt Minnick; Thomas B. Fordham; Parker Griffith; Steny Hoyer; Hale Irwin; Dick Vermeil; Barbra Streisand; Howard Mofshin; Ben Crenshaw; Janerro Pargo; Johan Santana; Gerald Wallace; Adam Graves; Stanley Druckenmiller; Robin Thicke; Arne Duncan; Jason Bay; Corie Blount; Cash4Gold; Vernon Forrest; Jeffrey Katzenberg; Mickey Rooney; Fernando Verdasco; Bjorn Borg; Vai Sikahema;

Riches v. Lohan

Case 1:09-cv-00018-LRR   Document 1   Filed 02/10/09   Page 3 of 6

Scott Pioli; Clark Hunt; Dmitry Medvedev; Danilo Gallinari; Madeleine Gestas; Warren Wayne Dyer; Robert Morgenthav; Janet Napolitano; Peter Orszag; Gary Contessa; Rick Dutrow Jr; Peter Gammons; Warren Moon; Rapetti Rigging Services; Nikolai Zherdev; Liskula Gentile Cohen; Colt McCoy; Le Anne Schreiber; Tanner Hall; Blake Griffin; Walter Mondale; Orrin Hatch; Jose Manuel Barroso; Diane McWhorter; Christopher Kennedy Lawford; Mary Frances Berry; Judy Tenuta; Michelle Rhee; Desmond Tutu; Sheldon Silver; Jill Biden; Fran Drescher; Gayle King; Rev. A.R. Bernard; Greg Behrendt; Linus Roache; Zdeno Chara; Verne Lundquist; Sloane Crosley; Al Franken; Deepak Chopra; Bang Comaro; Chloe Sevigny; Katina Isoannidis; Anna Wintour; Madeleine Albright; Chuck Norris; Priscilla Diaz; Eddie Curry; Ira Sorkin; David Kuchinsky; H. Keith Melton; Leon Panetta; tvweek.com; Selita Ebanks; Allison DuBois; Pauley Perrette; Christine Lahti; Rocco DeLuca; Bharrat Jagedo; Alex Kuczynski; Gigi Levangie Grazer; Hallie Ephron; Alexander Lebedev; Bo Derek; Mario Batali; Lidia Bastianich; Becky Quick; Ashley Dupre; Carl Quintanilla; Fatanengalesie; Jillian Leigh; Fiorello La Guardia; Lloyd Kaufman; Anand Jon; Mario Testino; Norbert Leo Butz; Charlie Sheen; Bernice Gallego; Brody Jenner; Vanessa Munnillo; Cindy Crawford; Brett Dennen; Derek Luke; Earl Stafford; Richard Belzer; Christie Brinkley; Jeremy Shockey; Lou Holtz; Gin Wigmore; Carlos Marcello; Rachida Dati; Brandon Mroz; Jeremy Abbott; Rockne Brubaker; Cortina d'ampezzo; Harley Jane Kozak; Teddy Atlas; Arthur Altschul Jr; Tanith Belbin; Sallie Toussaint; Christian Wolffer; John Templeton; Alissa Czisny; Cristiano Ronaldo; Shah Rukh Khan; Howard A. Popper;

Christina Applegate; Neil Cavuto; Dr. Blagstein; Joey Fatone; Phillip Winchester; Khalid Duhham Al-Jawary; Armin Amiri; Daryn Kagan; Thor Freudenthal; Benjamin Button; Jonas Elmer; Gigi Stone; Whitey Ford; Famke Janssen; Jon Heder; Timothy Olyphant; Nadia Swarovski; Theo Epstein; Harvey Pitt; Ginch Gonch; Hosni Mubarak; Geir Haarde; Sissy Spacek; Sir Win Bischoff; Dan Aykroyd; Brooke Burke; Omar Minaya; Tex Winter; Barbara Boxer; Benjamin Brafman, Defendants

---

Preliminary Injunction, Temporary Restraining order, TRO 42 USC 1983, Civil Rights Violation

Comes now the Plaintiff, Jonathan Lee Riches a/k/a Bernard Madoff, I face imminent danger from all the Defendants who want to kill me. Defendants want to torture & massacre my life all under the orders and direction of Defendant Lindsay Lohan. She is the ring leader and Financier of a secret operation. Lohan and the defendants under her orders plan to travel to FCI Williamsburg where I'm in solitary confinement, 24 hour a day lockdown and Kidnap me in a covert operation and take me to the red carpet at the Academy Awards and hang me next to Mel Gibson for a reenactment of the passion of the Crist. Defendant Lohan is personally mad with me for being Pen Pals with her girlfriend Samantha Ronson and me getting Ronson pregnant at the FCI Williamsburg Prison visiting room. Defendants are mad I've been suing their friends and Defendants are in fear of my whistleblowing their secrets in Blogs and tell all books when I get out of prison soon. In 2002, I did credit card fraud and Identity theft to finance Lohan's movie wardrobes. I used stolen

American Express checks for her Saks Fifth Ave shoes, Stolen Mastercards for Lohans Botox treatments, her Breast implants, and Afghanistan opium for Lohan to shoot in her veins which I have pictures of. I have naked photos of Lohan sleeping with Dennis Rodman at a Los Angeles Super 8 motel. Lohan told me she steals expensive props at movie sets and sells them on Ebay for Extra cash. The Defendants are after me thinking I'm the real Benard Madoff that took their money in Ponzi scams, I was a Identity their only. Lohan had a Affair with Illinois Gov. Blago Jevich, Lohan and Defendants Broke into my Tampa home in Feb 2001 and stole my Academy Award. I have pictures of Lohan & Ronson holding their hands in a Cialis Bathtub and them climbing Broback mountain. Lohan Sodomized Harvey Milk. Lohans Father was the mastermind of my illegal credit card theft operation, my case can been seen on CNN Presents "How to rob a Bank" for evidence. In 2000, I got store credit in Dianna Ross' name at Victoria Secrets and Bought Lohan $15 thousand worth of Bra's and Panties. Lohan was a Escort for Eliot Spitzer. Defendants will murder me if this court does not issue a Restraining order. Defendants Bribed guards at FCI Williamsburg with hollywood money and their Bought a Prison cell key and are coming here to abduct me. Defendants are causing me Anxiety & Panic Attacks, I have nightmares. I'm scared of Death of all the Defendants, they will tear me in pieces. I seek $50 million dollars for Defendants causing me mental stress and them hurting my feelings. I pray this court will grant my motions for relief.

Jonathan Lee Riches #40948-018   respectfully,
a/b/a Bernard Madoff
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

2-2-09

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal
Legal
Mail

United States District Court
Northern District of Iowa
Clerk of Court
United States District Courthouse
Cedar Rapids, Iowa 52404

2/7/09
ksy