IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

vs.

LINDSEY LOHAN and OTHERS[1],

    Defendants.

No. C09-0018-LRR

ORDER

This matter is before the court on the submission of a complaint (docket no. 1). The clerk's office filed such complaint on February 10, 2009. The plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). In the event that the plaintiff had filed an application to proceed in forma pauperis, the court would have denied it because the plaintiff is not under imminent danger and 28 U.S.C. § 1915(g) effectively denies the plaintiff the advantages of proceeding in forma pauperis. *See e.g., Riches v. Gordon*, 2007 WL 2746881 (W.D. N.C. 2007). Accordingly, this action is dismissed without prejudice.

**IT IS SO ORDERED**

**DATED** this 16th day of March, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] The plaintiff attempts to sue hundreds of defendants. Given the frivolous nature of the instant action, the court need not name or list all of the other defendants.