IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LINDSEY LOHAN and OTHERS,<br><br>　　　　Defendants. | CASE NO. 09-CV-0018-LRR<br><br>JUDGMENT |

**DECISION BY COURT:** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to an Order entered 03/16/09:

Plaintiff, Jonathan Lee Riches, take nothing and this action is dismissed without prejudice.

Dated:　03/16/09　　　　　　　　ROBERT L. PHELPS
　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　s/ Karen S. Yorgensen
　　　　　　　　　　　　　　　　　(By) Karen S. Yorgensen, Deputy Clerk