UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Jonathan Lee Riches,   REC'D APR 1 3 2009
Plaintiff
                        NO: C09-0018-LRR
V.
                        Motion to Correct clerical
Lindsay Lohan, et AL,   ERROR

Defendants              Notice of Appeal

## Motion to correct clerical ERROR

I move to correct a clerical ERROR in this case in the docketing of Lindsay Lohan's Name. The March 16, 2009 order has this case listed as Lindsey Lohan, this is incorrect, I filed this suit as Lindsay Lohan. I move to have this ERROR corrected by constitutional law.

## Notice of Appeal

I appeal to the courts the dismissal of this case from March 16, 2009. I appeal to the appeals court.
Lindsay Lohan must take a DNA test, I have her teeth prints on my neck and hickeys & scars from our previous relationship when we met on the Meangirls set. I used stolen Identity theft money to finance Lohans Acting career. Me & Lohans father robbed banks together, Lindsay Lohan did illegal drugs in school zones and she drove drunk in ferbie and Defendant Lohan had a secret Affair with Eliot Spitzer and Defendant Lohan did prostitution for Bernard Madoff at a vegas Bunny Ranch. Lindsay Lohan is Warren Jeffs daughter and Lindsay Lohan paid chris Brown with sexual favors to beat Ryanna. Lohan is prejudice and racist, Lohan made me sit on the back of the Bus in Selma and hung me with Jena 6 followers. I appeal, Lohan stole naked photos I have of us in Disney world, Epcot.

Jonathan Lee Riches #40948-018     respectfully,
Federal Medical center
P.O. Box 14500        843-387-9400     4-7-09

Jonathan Lee Riches  
#40948-018  
Federal Medical Center  
P.O. Box 14500  
Lexington, KY 40512

Special Legal Mail

LEXINGTON KY 405
08 APR 2009 PM 1 T

4/8/09 PAC

United States District Court  
Northern District of Iowa  
Clerk of Court  
4200 C Street SW  
Cedar Rapids, Iowa 52404

Case 1:09-cv-00018-LRR-JSS   Document 4   Filed 04/13/09   Page 2 of 2