UNITED STATES DISTRICT COURT
For the Northern DISTRICT of IOWA
Cedar Rapids Division

Jonathan Lee Riches,
Plaintiff

V.

Lindsay Lohan, et Al,
Defendants

No. C09-0018-LRR

REC'D JUN 1 5 2009

[2nd Motion FOR to correct clerical ERROR]
[Motion FOR Judge Linda R. Reade's recusal under 28 USC 455 (A)(B)(C)]
[Motion FOR Judges Yearly financial disclosure FORMS]

Comes now, Jonathan Lee Riches moves a 2nd time for a correction of clerical ERROR in the docketing of this case. The clerk of court and this court Docketed the Defendant's name wrong, I submitted this lawsuit as Defendant Lindsay Lohan and the clerk of court or someone with this court Docketed this case as Lindsey Lohan, this is incorrected. Please change the name on the docket and in the Pacer system. My due process is being violated with this court because I previous asked for this correction in a previous motion and heard no response.

I move for Judge Linda R. Reade's recusal in this case under 28 USC 455 (A)(B)(C) for her having a financial/and personal conflict of Interest with Defendant Lindsay Lohan. The Judge watches Lindsay Lohan's movies and uses her salary to buy Lindsay Lohan DVD's at Blockbuster and Netflix and so does her family. She failed to notify me of this which caused my case to be dismissed because she is bias towards me for her having financial dealings with Lindsay Lohan. I seek a rehearing with a new Judge that does not have a personal Financial Interest with Lindsay Lohan. I seek Judge Linda R. Reade's Yearly financial disclosure Forms, which I'm entitled to by law to inspect and analyze for conflicts of interest, new ones the Judge might have with Lindsay Lohan. I pray this court will grant my motions for relief.

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

respectfully,
[signature]
6-11-09

Clerk of court,

I'm submitting these motions for Judges Recusal in this case with newly discovered evidence under 28 USC 455 and a motion to correct clerical ERROR

This case was docketed wrong.
You or this court Docketed this case with the incorrect spelling of the Defendants Name as Lindsey Lohan.
This is incorrect

My lawsuit had the correct spelling as Lindsay Lohan

Please correct the ERROR which I have a constitutional right by law.

* Also- I'm requesting a copy of the docket & complaint in this case. Riches v. Lindsay Lohan Case # C09-0018-CRR
I'm a pro-se, indigent inmate
I have a right to this material.

respectfully,
[signature]
6-11-09

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
lexington, KY 40512
859-255-6812

Jonathan Lee Riches
#40948-018
Federal medical center
P.O. Box 14500
Lexington, KY 40512

LEXINGTON KY 405
11 JUN 2009 PM 3 T

6-11-09
dl



United States District Court
Northern District of Iowa
Clerk of Court
4200 C Street SW
Cedar Rapids, Iowa 52404

52404+7459

FEDERAL MEDICAL CENTER
3301 LEFTSTOWN ROAD
LEXINGTON, KY 40511-8799

DATE 6/11/09

the writer encloses correspondence for forwarding material for further information or clarification. If writer raises a question or problem whatever. The enclosed item was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address

Case 1:09-cv-00018-LRR-JSS   Document 10   Filed 06/16/09   Page 3 of 3