IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | |
| Plaintiff, | No. C09-0018-LRR |
| vs. | ORDER |
| LINDSEY LOHAN and OTHERS, | |
| Defendants. | |

This matter is before the court on the plaintiff's motion for recusal and for the undersigned to disclose potential conflicts (docket no. 10). The clerk's office filed such motion on June 16, 2009. The case is closed and currently on direct appeal. Moreover, the instant motion is frivolous. Accordingly, the motion for recusal and for the undersigned to disclose potential conflicts (docket no. 10) is denied.

**IT IS SO ORDERED**

**DATED** this 16th day of June, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA