# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-1866
_____

Jonathan Lee Riches,

Plaintiff - Appellant

v.

Lindsey Lohan, and Others,

Defendant - Appellee

___

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:09-cv-00018-LRR)
___

**JUDGMENT**

Appellant has not responded to the court's order entered 05/19/2009. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

Mandate shall issue forthwith.

June 17, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans