# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-1866

Jonathan Lee Riches,

Appellant

v.

Lindsey Lohan, and Others,

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:09-cv-00018-LRR)

_____

**MANDATE**

In accordance with the judgment of 06/17/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 17, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit