IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

Jonathan Lee Riches,
Plaintiff

v.

Lindsay Lohan, et Al,
Defendants

No. C09-0018-LRR

REC'D JUL 10 2009

OMNIBUS MOTIONS

[Motion on status to correct a clerical ERROR in this case]
[Motion to correct clerical ERROR in this case, Rule 60]
Motion For Judge Linda R. Reade's recusal in this case under 28 USC 455(A)(B)(C) Due to Conflicts of Interest with me, which Resulted in the dismissal of this case on March 16, 2009

These Are omnibus motions by Jonathan Lee Riches, moving to find the Status about my Previous Motions to correct a clerical error in the Docketing of this case. The clerk of court Docketed the Defendants name wrong, the clerk put Lindsey Lohan, that is incorrect. I submitted this lawsuit as Lindsay Lohan, and the clerk of court is violating my due Process rights. I move to correct this ERROR and compel the clerk of court to docket the defendant to Lindsay Lohan, the name I submitted this lawsuit to. Judge Linda R. Reade has a conflict of Interest with me, I was denied a fair hearing because I sued Judge Linda R. Reade in U.S. District Court For the District of Maine, Riches v. Federal Reserve Bank. This is a Miscarriage of Justice, under 28 USC 455, I seek a Rehearing with a Judge that won't show bias and Prejudice towards me. I move for a copy of the correction of this clerical ERROR, I have a Constitutional right to this by law.

respectfully,
[signature]
7-6-09

Jonathan Lee Riches
#40948-018
Federal medical Center
P.O. Box 14500
lexington, KY 40512
859-255-6567

Jonathan Lee Riches  
#40948-018  
Federal Medical Center  
P.O. Box 14500  
Lexington, KY 40512

7-6-09



Legal mail

United States District Court  
Northern District of Iowa  
Clerk of Court  
4200 C Street SW  
Cedar Rapids, Iowa 52404