# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, | |
| Plaintiff, | No. C09-0018-LRR |
| vs. | |
| LINDSEY LOHAN and OTHERS, | ORDER |
| Defendants. | |

This matter is before the court on the plaintiff's motion for miscellaneous relief (docket no. 14). The clerk's office filed such motion on July 14, 2009. The case is closed and the Eighth Circuit Court of Appeals dismissed the plaintiff's direct appeal on June 17, 2009. Accordingly, the motion for miscellaneous relief is denied.

**IT IS SO ORDERED**

**DATED** this 15th day of July, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA