Jonathan Lee Riches d/b/a
Bernard Madoff,

V.                                          1:09-CV-18

Lindsay Lohan, et AL,
Defendants

REC'D JUL 27 2009

> Notice of Appeal this courts 7/15/09 order denying,
> Jonathan Lee Riches motion to correct clerical ERROR in the
> Docketing of Lindsay Lohan's Name

Jonathan Lee Riches moves to appeal this courts 7/15/09 order.
I appeal to the Appeals court.

This court is protecting Lindsay Lohan by not docketing her name properly,
look at my orginal complaint and you will see I spelled the Defendant
L-I-N-d-S-A-Y Lohan, but the clerk of court on purpose, Docketed this
case as Lindsey Lohan to protect Lohan's reputation, as Lohan paid this court
Money to conceal this error. Its ok though, the world knows the evil atrocites
Lohan has committed on my life. I have pictures of Lohan Snorting Cocaine in
the back of this courtroom, Lohan is bulimic in the courts men's restroom and
Lohan killed Iowa wildlife, Mcgruff, vicks dogs, Aflac Ducks, Mrs. Butterworth,
Carnation Instant Breakfast, I appeal this courts 7/15/09 order

Jonathan Lee Riches d/b/a Bernard Madoff                    respectfully,
#40948018
Federal medical center
P.O. Box 14500
lexington, KY 40512
859-255-6812                                                7-23-09

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512



NO DATE
PAC

United States District Court
    Northern District of Iowa
        Clerk of Court
4200 C Street SW.
Cedar Rapids, Iowa 52404

**FEDERAL MEDICAL CENTER**
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: 7/23/09

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.