# U.S. COURT OF APPEALS — EIGHTH CIRCUIT
# NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

| CASE NO. | CASE TITLE |
| --- | --- |
| 09-cv-0018-LRR | Riches v. Lohan, et al |

**Length of Trial:**

| | | |
| --- | --- | --- |
| **Financial Status:** Fee paid? | Yes: | No: **X** |
| If NO, has IFP been granted? | Yes: **X** | No: |
| Is there a pending motion for IFP? | Yes: | No: **X** |
| **Any other pending post-judgment motions?** | Yes: | No: **X** |
| **Local interest in case?** | Yes: | No: **X** |
| **Simultaneous release recommended?** | Yes: | No: **X** |

Identify the court reporter: *If NO court reporter please check here*: x

| Court Reporter | Proceeding | Telephone |
| --- | --- | --- |
| | | |

**Criminal cases only: Is Defendant incarcerated?**   YES:   NO:

**Please list all other defendants in this case if there were multiple defendants:**

Special Comments:

*Please return files and documents to:*    *Contact Person:*

*U.S. District Clerk - Northern District of Iowa*    *Karen S. Yorgensen*

*4200 C Street SW Bldg B*    *319-286-2346*

*Cedar Rapids, IA 52404*