# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 11, 2009

Mr. Jonathan Lee Riches
FEDERAL MEDICAL CENTER
40948-018
P.O. Box 14500
Lexington, KY  40512

RE:  09-2878  Jonathan Riches v. Lindsey Lohan

Dear Mr. Riches:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and case number on all correspondence or pleadings submitted to the court.

We note that the district court has denied your request to appeal in forma pauperis. You have two options. First, you may pay the district court clerk the $455 docketing and filing fees. Second, if you cannot pay the fees and wish to ask the court of appeals to grant you permission to appeal in forma pauperis, you may renew your in forma pauperis motion by refiling it with this office. Your motion must contain all of the information required by the Prison Litigation Reform Act, including a copy of your trust account statement showing deposits and balances for the past six months. If the court of appeals allows you to proceed in forma pauperis, the district court will be instructed to set up an installment plan for payment of the $455 fee.

Within 15 days of the date of this letter, you must either pay the fees in full or renew your in forma pauperis motion. If you fail to take one of these two steps, the court will issue an order directing you to show cause why the appeal should not be dismissed.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc:    Mr. Rob Phelps

District Court/Agency Case Number(s):   1:09-cv-00018-LRR

**Caption For Case Number:   09-2878**

**Jonathan Lee Riches,**

       **Plaintiff - Appellant**

**v.**

**Lindsey Lohan, and Others,**

       **Defendant - Appellee**

**Addresses For Case Participants:   09-2878**

Mr. Jonathan Lee Riches
FEDERAL MEDICAL CENTER
40948-018
P.O. Box 14500
Lexington, KY  40512

Mr. Rob Phelps
U.S. DISTRICT COURT
Northern District of Iowa
4200 C Street, S.W.
Building A
Cedar Rapids, IA  52404