# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-2878

Jonathan Lee Riches,

Appellant

v.

Lindsey Lohan, and Others,

Appellee

_____

Appeal from U.S. District Court for the Northern District of Iowa - Cedar Rapids
(1:09-cv-00018-LRR)
_____

**ORDER**

The appellant has failed to pay to the Clerk of the United States District Court the requisite docketing fees. Accordingly, appellant is directed to show cause, within fifteen (15) days of the date of this order, why this appeal should not be dismissed for failure to prosecute. See Eighth Circuit Rule 3C.

August 28, 2009

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans