Riches,
Plaintiff

v.

Lohan, et Al,
Defendants

CASE NO: C09-0018-LRR

Richard Galietti, Movant
Patrick J. Simpson, Movant
Isong Akpan, Movant
Andre Cowley, Movant
Mario Alvarado, Movant
Maurice Shelly, Movant
George Barbour, Movant
Eddie Whitlow, Movant
Jermod Holmes, Movant

[Motion By Plaintiff Riches to correct clerical ERROR, Rule 60]
[Motion By Movants to Intervene as Plaintiffs under Fed. R. Civ. P. rule 24(A)$^2$, 24(B)]

Comes Now, the Plaintiff and movants: Jonathan Lee Riches, Richard Galietti, Patrick J. Simpson, Isong Akpan, Andre Cowley, Mario Alvarado, Maurice Shelly, George Barbour, Eddie Whitlow, and Jermod Holmes, moves this honorable court in the following omnibus motions:

Jonathan Lee Riches, Plaintiff moves to correct a clerical error under Rule 60 in the docketing of this case. The Clerk of Court forgot to Docket Riches Religious Name Faisal Shahzad, this is in violation of Riches Constitutional rights.

Movants, Richard Galietti, Patrick J. Simpson, Isong Akpan, Andre

Cowley, Mario Alvarado, George Barbour, Maurice Shelly, Eddie Whitlow, Jermod Holmes, move this honorable court to intervene as Plaintiffs under Fed. R. Civ. P. rule 24(A)². As a unconditional matter of Right.

Zuber v. Allen

Moves to intervene under rule 24(B) - Permissive intervention

Nevilles v. EEOC

The movants have newly discovered Evidence Against Defendant Lohan.

The movants intervention provides Questions of laws and facts that are common in this Action.

The movants 8th amendment rights are violated for cruel and unusual punishment.

The Defendants caused a Deliberate indifference on movants civil and constitutional rights

Farmer v. Brennan

The Defendants violated movants 6th amendment rights under

U.S. v. Booker, U.S. v. Fan Fan

Movants have new Evidence to submit to this court which includes Documents, Exhibits, medical records, and Transcripts.

Plaintiff and movants can be reached at the following Addresses and prays this honorable court will grant their motions for relief

Respectfully Submitted

*[signature]* 8-2-10
Jonathan Lee Riches
#40948018
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Richard Galietti
#15814014
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
George Barbour
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Maurice Shelly
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Jermod Holmes
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Patrick J. Simpson
#05095036
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Isony Akpan
#11210033
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Mario Alvarado
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Eddie Whitlow
P.O. Box 14500
Lexington, KY 40512

*[signature]* 8-2-10
Andre Cowley
#09591067
P.O. Box 14500
Lexington, KY 40512

Jonathan Lee Riches  
#40948-018  
Federal Medical Center  
P.O. Box 14500  
Lexington, KY 40512



United States District Court  
Northern District of Iowa  
Clerk of Court  
U.S. Courthouse  
320 Sixth St.  
Sioux City, Iowa 51102

8/23/10  
djs