IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDSEY LOHAN and OTHERS,<br><br>    Defendants. | No. C09-0018-LRR<br><br>ORDER |

This matter is before the court on the plaintiff's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60 (docket no. 22). The clerk's office filed such motion on August 27, 2010. For the same reasons that the court articulated in its March 16, 2009 order, the plaintiff and the individuals attempting to intervene under Federal Rule of Civil Procedure 24 are not able to litigate this action.[1] Accordingly, the motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60 (docket no. 22) is denied.

**IT IS SO ORDERED**

**DATED** this 18th day of October, 2010.

*[signature]*
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] The court notes that any attempt at intervention is not timely, especially considering that the court dismissed the instant action on March 16, 2009.